IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SABRINA CORLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. _____ |
| ) | JURY DEMAND |
| WAL-MART STORES EAST, INC., ) | |
| d/b/a WAL-MART, WAL-MART ) | |
| ASSOCIATES, INC., and ) | |
| WAL-MART STORES, INC., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF REMOVAL**

Defendants Wal-Mart Stores East, Inc. d/b/a Wal-Mart, Wal-Mart Associates, Inc., and Wal-Mart Stores, Inc. hereby give notice of the removal pursuant to 28 U.S.C. § 1441 et. seq., of the following action filed against them: <u>Sabrina Corley v. Wal-Mart Stores East, Inc., d/b/a Wal-Mart, Wal-Mart Associates, Inc., and Wal-Mart Stores, Inc.</u>, in the Circuit Court for Davidson County, Tennessee, No. 12C4361.

Copies of the summons and complaint are attached as Exhibits A and B respectively. According to the complaint, Plaintiff is a citizens and residents of the State of Tennessee.

Wal-Mart Stores East, LP, is the entity that operated the store on the date of this accident. It was incorrectly sued as Wal-Mart Stores East, Inc. d/b/a Wal-Mart, Wal-Mart Associates, Inc., and Wal-Mart Stores, Inc. Defendants may be referred to as "Wal-Mart" in this document. It is expected that Wal-Mart Stores East, LP, will be substituted as the proper defendant in this matter.

Wal-Mart Stores East, LP, is a Delaware limited partnership whose principal place of business is in Bentonville, Arkansas. WSE Management, LLC, a Delaware limited liability company, is the general partner, and WSE Investment, LLC, a Delaware limited liability company, is the limited partner.

The sole member of WSE Management, LLC, and WSE Investment, LLC, is Wal-Mart Stores East, Inc., whose parent company is Wal-Mart Stores, Inc., a Delaware corporation whose principal place of business is in Bentonville, Arkansas. Wal-Mart Stores East, Inc., is also a Delaware corporation whose principal place of business is in Bentonville, Arkansas. Wal-Mart Associates, Inc. is also a Delaware corporation, whose principal place of business is in Bentonville, Arkansas.

Jurisdiction is conferred under 28 U.S.C. § 1332 relating to diversity of citizenship of the parties. The parties are citizens of different states.

The amount in controversy is in excess of the federal jurisdictional requisite of $75,000. The complaint seeks judgment against defendants for plaintiff's harms and losses, including "serious past pain and suffering, serious past mental anguish, serious future pain and suffering, serious future mental anguish, loss of enjoyment of life, lost earnings and loss of earning capacity, diminished capacity for enjoyment of life, and permanent disability and impairments." The complaint also states that plaintiff has "incurred medical expenses and will continue to incur such expenses in the future."

Defendants were served with process on November 2, 2012. Fewer than thirty days have expired since service of process on defendants. This Notice of Removal is timely filed as set forth in 28 U.S.C. § 1446(b).

WHEREFORE, defendants hereby give notice of the removal of this action pending in the Circuit Court of Davidson County, Tennessee, to the United States District Court for the Middle District of Tennessee, Nashville Division, and requests that the proceedings be held thereon.

2

Case 3:12-cv-01250   Document 1   Filed 11/30/12   Page 2 of 3 PageID #: 2

_[signature]_
G. Andrew Rowlett, No. 16277
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
#615/244-3370
arowlett@howell-fisher.com
Attorney for defendants

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by U.S. mail, postage prepaid, upon:

Rocky McElhaney
Rocky McElhaney Law Firm, PC
1311 Sixth Avenue North
Nashville, TN 37208

on this the 30th day of November, 2012.

_[signature]_

F:\MLH\MLH\4. Walmart\Corley\Removal documents\Notice of Removal.11.29.12.wpd

3