IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SABRINA CORLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | Case No.: 3:12-cv-1250 |
| ) | JURY DEMAND |
| WAL-MART STORES EAST, INC., ) | JUDGE SHARP |
| d/b/a WAL-MART, WAL-MART ) | MAGISTRATE JUDGE KNOWLES |
| ASSOCIATES, INC., and ) | |
| WAL-MART STORES, INC.,[1] ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER AND STIPULATION
## SUBSTITUTING WAL-MART STORES EAST, LP, AS THE PROPER DEFENDANT

As evidenced by the signatures below of the parties' lawyers, it appears to the Court that Wal-Mart Stores East, LP, is the proper defendant in this matter.

It is therefore ORDERED, ADJUDGED, AND DECREED that Wal-Mart Stores East, LP, is hereby substituted for Wal-Mart Stores East, Inc., d/b/a Wal-Mart, Wal-Mart Associates, Inc., and Wal-Mart Stores, Inc. as the defendant in this action.

It is further ORDERED that Wal-Mart Stores East, Inc., d/b/a Wal-Mart, Wal-Mart Associates, Inc., and Wal-Mart Stores, Inc. are hereby dismissed without prejudice.

Wal-Mart Stores East, LP, is the only remaining defendant.

IT IS SO ORDERED.

ENTER this the ___ day of _____, 2013.

_____
**JUDGE**

---

[1] Wal-Mart Stores East, LP, is the entity that operated the store on the date of this accident. It was incorrectly sued as Wal-Mart Stores East, Inc. Defendants may be referred to as "Wal-Mart" in this document.

APPROVED FOR ENTRY:

s/ Meredith L. Hiester_____
G. Andrew Rowlett, No. 16277
Meredith L. Hiester, No. 30183
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
(615) 244-3370
Attorneys for defendants


s/ Taylor Sutherland_____
Taylor Sutherland, No. 26624
ROCKY MCELHANEY LAW FIRM, PC
1516 Sixteenth Avenue South
Nashville, TN 37212
(615) 425-2500
Attorney for Plaintiff


## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by U.S. mail, postage prepaid, upon:

Taylor Sutherland
ROCKY MCELHANEY LAW FIRM, PC
1516 Sixteenth Avenue South
Nashville, TN 37212

on this the 29th day of January, 2013.

s/ Meredith Hiester

F:\MLH\MLH\4. Walmart\Corley\1-29 agreed order of substitution.docx