ORDER:
Motion granted.

*E. Clifton Knowles*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SABRINA RECHELLE CORLEY<br><br>   Plaintiff<br><br>vs.<br><br>WAL-MART,<br><br>   Defendant. | CASE #: 3:12-cv-01250<br>JUDGE SHARP<br>MAGISTRATE JUDGE KNOWLES<br><br>JURY DEMAND |

**PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE PLAINTIFF SABRINA CORLEY'S REPLY IN SUPPORT OF MOTION TO EXTEND DEADLINES AND CONTINUE THE TRIAL**

Pursuant to Sections 5.07 of the Court's ECF administrative practices and procedures, Plaintiff moves the Court for leave to file Plaintiff Sabrina Corley's reply in support of Motion to Extend Deadlines and to Continue Trial.

The Court should grant this motion because the subject document addresses medical issues.

Respectfully submitted,

**ROCKY McELHANEY LAW FIRM, PC**

 s/Rocky McElhaney
**ROCKY MCELHANEY, #20205
1516 Sixteenth Avenue South
Nashville, Tennessee 37212
Phone: (615) 425-2500
Fax:    (615) 425-2501
Email: rocky@rockylawfirm.com
Attorney for Plaintiff**