# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| SABRINA CORLEY | ) |
| | ) CASE NO: 3:12-1250 |
| v. | ) JUDGE KEVIN H. SHARP |
| | ) |
| WAL-MART STORES EAST, LP. | ) |

√ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED that the jury found as follows:**

The jury found Defendant Wal-Mart Stores East, LP to be 90% at fault.

The jury found Plaintiff Sabrina Corley to be 10% at fault.

The jury found Plaintiff Sabrina Corley is entitled to damages in the amount of $525,000.

**IN ACCORDANCE WITH THE VERDICT OF THE JURY RENDERED ON NOVEMBER 7, 2014, JUDGMENT IS HEREBY ENTERED IN FAVOR OF PLAINTIFF SABRINA CORLEY IN THE AMOUNT OF $472,500.**

DATE: November 10, 2014                    KEITH THROCKMORTON, CLERK

                                                            BY: *Angie Brewer*
                                                             Deputy Clerk