1          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF TENNESSEE
2               NASHVILLE DIVISION

3  SABRINA RECHELLE CORLEY,    )
                       )
4             Plaintiff,   )
           v.        )  No. 3:12-CV-01250
5                     )
  WAL-MART,             )
6                     )  JURY TRIAL
          Defendant.   )
7  _____)  VOLUME IV OF IV

8

9

  ------------------------------------------------------------
10

          BEFORE THE HONORABLE KEVIN H. SHARP
11          TRANSCRIPT OF PROCEEDINGS
             NOVEMBER 7, 2014
12
  ------------------------------------------------------------
13

  APPEARANCES:
14

15  For the Plaintiff:       ROCKY MCELHANEY, ESQ.
                     AFSOON HAGH, ESQ.
16                 Rocky McElhaney Law Firm, P.C.
                     1311 Sixth Avenue North
17                 Nashville, Tennessee  37208

18  For the Defendant:       GEORGE ANDREW ROWLETT, ESQ.
                     Howell & Fisher
19                 300 James Robertson Parkway
                     Court Square Building
20                 Nashville, Tennessee  37201-1107

21

22

  PREPARED BY:      WYNETTE C. BLATHERS, RMR, CRR
23                Official Court Reporter
                801 Broadway - Room A-837
24                Nashville, TN  37203
                (615) 401-7221
25

# <u>I N D E X</u>

                                                              <u>PAGE</u>

THE VERDICT                                                    4

1          The above-styled cause came on to be heard on

2    November 7, 2014, at 9:25 a.m., before the Honorable Kevin H.

3    Sharp, when the following proceedings were had, to-wit:

4          COURTROOM DEPUTY:  All rise, please.

5          The United States District Court for the Middle

6    District of Tennessee is now in session, the Honorable Kevin

7    H. Sharp presiding.

8          THE COURT:  Thanks.  Y'all can be seated.  All right.

9    Let's bring the jury in.

10         (Whereupon, the jurors entered the courtroom.)

11         THE COURT:  All right.  Thanks.  Y'all can be seated.

12   All right.  Everybody is back.  Everybody is rested and ready.

13   Everyone followed my instruction not to talk about the case?

14   All right.  So now that I've brought you in here I'm going to

15   send you right back to the room and ask you to continue your

16   deliberations and try to reach a verdict in this case.  All

17   right?  Okay.  Thank you.

18         (Whereupon, the jurors exited the courtroom.)

19         THE COURT:  All right.  The numbers are still the

20   same?  Okay.  All right.  We'll let you know when we hear

21   something.

22         MR. MCELHANEY:  Thank you, your Honor.

23         COURTROOM DEPUTY:  All rise, please.

24         (Whereupon, a recess was taken from 9:28 a.m. until

25   11:23 a.m.)

1          COURTROOM DEPUTY:  All rise, please.

2          THE COURT:  All right.  Thanks.  Y'all can be seated.

3     It's my understanding we have a verdict.  Let's bring the jury

4     in.

5          (Whereupon, the jurors entered the courtroom.)

6          THE COURT:  All right.  Thanks.  Y'all can be seated.

7     Ms. Worthy, it's my understanding the jury has reached a

8     unanimous decision?

9          JUROR:  Yes.

10         THE COURT:  Okay.  If you can please hand that to the

11    security officer.

12         All right.  We, the jury, unanimously answer the

13    question submitted by the Court as follows:  One, do you find

14    the defendant to be at fault?  Answer, yes.  Two, do you find

15    the plaintiff to be at fault?  Answer, yes.

16         If you have found both parties to be at fault,

17    considering all the fault at one hundred percent, what

18    percentage of fault do you attribute to each of the parties?

19    Plaintiff 10 percent.  Defendant 90 percent.

20         Number Four, decide the amount of damages sustained

21    by the plaintiff.  State the amount of damages, if any, you

22    find were sustained by plaintiff.  The answer is $525,000.

23    It's signed by the foreperson and dated.

24         Is that everyone's unanimous decision?

25         THE JURY:  Yes.

```
 1              THE COURT:  All right.  Thank you very much.  I
 2    appreciate your service.  Thank you for coming back again
 3    today and putting the effort into it.  If you have time and
 4    can hang around, I'd like to talk to you afterwards for a few
 5    minutes, so if y'all can just stay in the back.  Thank you.
 6              (Whereupon, the jurors exited the courtroom.)
 7              THE COURT:  All right.  Ms. Corley, your lawyer did
 8    one heck of a job.  Not to take anything away from
 9    Mr. Rowlett, juries do what they do.  Everybody heard the
10    evidence.  So everyone knows the deadlines for filing motions.
11    If there are any, get them in, and I'll rule on them.  All
12    right.  Anything else y'all want to talk about?
13              MR. MCELHANEY:  No, your Honor.
14              MS. HAGH:  Thank you, you Honor.
15              THE COURT:  All right.  Thank you.
16              COURTROOM DEPUTY:  All rise, please.
17              (Whereupon, the proceedings were adjourned at 11:27
18    a.m.)
19                                   -  -  -
20
21
22
23
24
25
```

1                    REPORTERS CERTIFICATE

2

3

4          I, Wynette C. Blathers, Official Court Reporter for

5    the United States District Court for the Middle District of

6    Tennessee, with offices at Nashville, do hereby certify:

7          That I reported on the Stenograph machine the

8    proceedings held in open court on November 7, 2014, in the

9    matter of SABRINA RECHELLE CORLEY V. WAL-MART, Case No.

10   3:12-CV-01250; that said proceedings in connection with the

11   hearing were reduced to typewritten form by me; and that the

12   foregoing transcript (Volume IV of IV, Pages 1 through 5) is a

13   true and accurate record of the proceedings.

14          This the 2nd day of January, 2015.

15

16

17

18                           _____

                             /s/ Wynette C. Blathers, RMR, CRR
19                               Official Court Reporter

20

21

22

23

24

25