READ INSTRUCTIONS ON THE NEXT PAGE
**TRANSCRIPT ORDER**
List on this form all transcript you are ordering from one court reporter.
Use a separate form for each reporter and docket each form separately in the Sixth Circuit ECF database.

District Court _____     District Court Docket Number _____

Short Case Title _____

Date Notice of Appeal Filed by Clerk of District Court _____     COA# _____

---

PART I (TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT, THE FORM MUST BE SIGNED WHETHER OR NOT TRANSCRIPT IS ORDERED).
A. Complete one of the following:
   ☐ No Hearings
   ☐ Transcript is unnecessary for appeal purposes
   ☐ Transcript is already on the file in District Court Clerk's Office
   ☐ This is to order a transcript of the following proceedings: (*specify exact dates of proceedings*)

| | JUDGE MAGISTRATE | HEARING DATE(S) | COURT REPORTER |
|---|---|---|---|
| Pre-trial proceedings | | | |
| Testimony (specify witnesses) | | | |
| Other (specify) | | | |

TRANSCRIPT OF THE FOLLOWING PROCEEDINGS WILL BE PROVIDED ONLY IF SPECIALLY AUTHORIZED. SEE ITEM 13 CJA FORM 24
☐ Voir Dire     ☐ Opening statement of plaintiff     ☐ Opening statement of defendant
☐ Jury Instructions     ☐ Closing argument of plaintiff     ☐ Closing argument of defendant

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript.
   This method of payment will be:
      ☐ Criminal Justice Act (Attach copy of CJA Form 24)
      ☐ Private Funds
      Date: _____

Signature _____     Print Name _____     Counsel for _____

Address _____     Telephone _____

ALLOWANCE BY THE COURT OF LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL
DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.

---

PART II. COURT REPORTER ACKNOWLEDGMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals within 10 days after receipt).

| Date transcript order received | Estimated completion date; if not within 30 days of the date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
| | | |

☐ Arrangements for payment were made on
☐ Arrangements for payment have not been made pursuant to FRAP (10(b))

_____     _____     _____
Date                         Signature of Court Reporter      Telephone

---

PART III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by Court Reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).

This is to certify that the transcript has been completed and filed with the District Court today.

Actual Number of Pages _____     Actual Number of Volumes _____

_____               _____
Date                                   Signature of Court Reporter

6CA-30

# INSTRUCTIONS FOR ANYONE ORDERING TRANSCRIPT

**YOU HAVE TEN DAYS <u>AFTER FILING YOUR NOTICE OF APPEAL</u> TO COMPLETE THIS FORM BY DOING THE FOLLOWING:**

1. Complete Part 1.  Sign the form whether or not transcript is ordered.  If ordering transcript list on the form all transcript being ordered from one court reporter.

2. Contact each court reporter involved in reporting the proceedings to make arrangements for payment.  **A separate transcript order form must be prepared for each court reporter and then docket separately in the Sixth Circuit ECF database.**

3. Send four (4) copies to each court reporter.

4. Attorney's must **electronically file** with the Clerk's office.  *Pro Se* litigants are to **mail** the form.

   **Clerk's Office Mailing Address**

   United States Court of Appeals
   540 Potter Stewart U.S. Courthouse
   100 East Fifth Street
   Cincinnati, Ohio  45202

5. Send a copy to appellee(s).  Make additional photocopies if necessary.

6. Retain a copy for your files.


**SHOULD SATISFACTORY ARRANGEMENTS FOR TRANSCRIPT PRODUCTION, INCLUDING NECESSARY FINANCIAL ARRANGEMENTS, NOT BE MADE WITHIN TEN (10) DAYS AFTER FILING YOUR NOTICE OF APPEAL, YOUR APPEAL CAN BE DISMISSED.**


If you have further questions, contact the Clerk's Office, U.S. Court of Appeals for the Sixth Circuit: 513-564-7000.